

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 13, 2021

**VIA ECF**
Hon. Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: Cruz v. Spot Pet Insurance Services, LLC; Case No: 1:20-cv-09949-LGS

Dear Judge Schofield,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above referenced matter.

The initial conference is set for January 21, 2021 at 10:30 a.m. By way of background, Plaintiff has just received the affidavit of service from its process sever and has filed it on the docket. (#6) Defendant's answer is set for January 25, 2021. Accordingly, the undersigned is requesting an adjournment of the upcoming conference, to allow time for Defendant to appear or otherwise respond to the complaint.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

The application is GRANTED.  The initial pre-trial conference scheduled for January 21, 2021, at 10:30 a.m., is **adjourned** to **February 4, 2021, at 11:00 a.m.**, on the following conference call line:  888-363-4749, access code 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed by that time.  The parties are reminded that their proposed case management plan and joint letter are due seven days before the conference, or **January 28, 2021**.  No further extensions will be granted absent extraordinary circumstances.

SO ORDERED

Dated:  January 14, 2021
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE