UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SHAEL CRUZ, on behalf of himself and all others : 
similarly situated,                              :        20 Civ. 9949 (LGS)
                          Plaintiff,            :
:        ORDER
           -against-                   :
:
SPOT PET INSURANCE SERVICES, LLC,                :
                         Defendant.            :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated January 29, 2021 (Dkt. No. 14), directed the parties to submit a joint status letter by March 9, 2021.

      WHEREAS, the parties have not submitted a joint status letter.  It is hereby

      **ORDERED** that by **March 15, 2021**, the parties shall submit a joint status letter as outlined in Individual Rule IV.A.2.

Dated:  March 11, 2021
        New York, New York

                                                         **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**